JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIA TUITAMA, an individual,<br><br>            Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC, a corporation; SAGE POINT LENDER SERVICES, LLC, a corporation; U.S. BANK, NATIONAL ASSOCIATION, as Trustee for the LXS 2005-5N Trust Fund; and U.S. BANCORP, a corporation,<br><br>            Defendants. | CASE NO. CV 14-09956 MMM (AGRx)<br><br>JUDGMENT FOR DEFENDANTS |

On April 13, 2015, the court granted defendants' motion to dismiss the complaint as barred by *res judicata* and dismissed the action with prejudice. Consequently,

IT IS ORDERED AND ADJUDGED

1.   That plaintiff Felicia Tuitama take nothing by way of her complaint; and

4.   That the action be, and it hereby is, dismissed.

DATED: April 13, 2015

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE